IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ashley Copley,                                  :
                                                :
                    Plaintiff(s),               :
                                                :      Case Number: 1:12cv426
              vs.                               :
                                                :      Chief Judge Susan J. Dlott
Medpace, Inc.,                                  :
                                                :
                    Defendant(s).               :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings

and filed with this Court on February 14, 2013 a Report and Recommendation (Doc. 15).

Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 16) and

defendants filed a response (Doc. 17).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

Accordingly, Defendant Medpace, Inc.'s motion to dismiss plaintiff's ERISA claim (Doc. 7)

is **GRANTED.**

IT IS SO ORDERED.


    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court