IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ashley Copley,                                    :
                                                  :
                    Plaintiff(s),                 :
                                                  :     Case Number: 1:12cv426
          vs.                                     :
                                                  :     Judge Susan J. Dlott
Medpace, Inc.,                                    :
                                                  :
                    Defendant(s).                 :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed

with this Court on December 19, 2014 a Report and Recommendation (Doc. 56).  Subsequently, the

defendant filed objections to such Report and Recommendation (doc. 61) and plaintiff's filed objections

to the Report and Recommendation (Docs. 62 and 63).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendation should be adopted.

Accordingly, Medpace and plaintiff's motions for summary judgment (Docs 40 and 46) are

**DENIED** with respect to plaintiff's breach of contract claim.  It is further **ORDERED** that Medpace's

motion for summary judgment (Doc. 40) is **DENIED** as moot with respect to plaintiff's unjust

enrichment and equitable estoppel claims.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court